IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SEAN KELLY; LION'S SHARE & ASSOCIATES, INC; LIONSSHARE TAX SERVICES, LLC; AND LION'S SHARE FINANCIAL OF EAST COBB, INC.,<br><br>Defendants. | Civil Action No.<br><br>1:18-cv-4939-TCB |

## ORDER APPROVING TRANSFER OF FUNDS FOR DISTRIBUTION

The Court, having reviewed the Securities and Exchange Commission's ("Commission") Motion and Memorandum of Law in Support of its Motion to Transfer Funds for Distribution; having found that the relief requested therein is in the best interests of all parties in interest and after due deliberation and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Commission's Motion is hereby GRANTED.

2. The clerk is authorized and directed to transfer the funds on deposit in the registry of this Court in this matter in the principal amount of $93,400.97 plus all accrued interest, minus any statutory fees, to the registry of the Court account for the criminal proceeding, U.S. v. Kelly, 1:18-CR-475-TWT-1 (N.D. Ga.), for distribution pursuant to an Order of Restitution in that case.

3. Any future funds that the Commission may collect pursuant to judgments entered in this case are to be disbursed directly to the Registry of the Court account for the above-referenced criminal proceeding for distribution pursuant to the Order of Restitution, untilthe Order of Restitution is satisfied, without further order of this court.

SO ORDERED.

Dated:

_____
UNITED STATES DISTRICT JUDGE

TO THE COURT
It is hereby certified that rule 67 has been complied with and that there is on deposit in the Registry of this Court
PRINCIPAL BALANCE of $93,400.97
plus interest of $1,290.05
as of October 21, 2021

_____
Deputy Clerk
Financial Intake Section

2